```
UNITED STATES DISTRICT COURT                        For Online Publication Only
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ELIZABETH P. KRAMER,

                        Plaintiff,
                                                         **ORDER**
        -against-                                        21-CV-3295 (JMA) (ST)

JANET L. YELLEN, as Secretary of the
U.S. Department of the Treasury, Internal Revenue
Service Agency,

                        Defendant.
---------------------------------------------------------------X
```

**FILED
CLERK**

4:08 pm, Jun 21, 2021

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**AZRACK, United States District Judge:**

Before the Court is the *in forma pauperis* application filed by *pro se* plaintiff Elizabeth P. Kramer ("Plaintiff") (ECF No. 2.) Upon review of the declaration accompanying Plaintiff's application to proceed *in forma pauperis*, the Court finds that Plaintiff is qualified to commence this action without prepayment of the filing fee. *See* 28 U.S.C. § 1915(a)(1). Accordingly, Plaintiff's request to proceed *in forma pauperis* is GRANTED.

IT IS HEREBY ORDERED that Plaintiff is granted leave to file the complaint without prepayment of the filing fee or security therefor; and IT IS FURTHER ORDERED that the Clerk of Court shall forward to the United States Marshal Service for the Eastern District of New York copies of Plaintiff's summons, complaint and this Order for service upon defendant without prepayment of fees; and

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to the Plaintiff.

**SO ORDERED**.

Dated:   June 21, 2021                        _____/s/ (JMA)_____
         Central Islip, New York              JOAN M. AZRACK
                                              UNITED STATES DISTRICT JUDGE